IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

HERLANCER S. ROSS,  )
  )
    Plaintiff,  )
  )
v.  )   No. 02-2454 Ml/An
  )
CITY OF MEMPHIS, et al.,  )
  )
    Defendants.  )

## ORDER SETTING SCHEDULING CONFERENCE

The Court will hold a brief telephonic scheduling conference in this cause on <u>Wednesday, December 21, 2006, at 9:00 a.m.</u>  The parties should be prepared to discuss the status of this action during the telephone conference.  Defendant City of Memphis shall initiate the call with all parties on the line.

So ORDERED this 14th day of December, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  12-19-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 346 in case 2:02-CV-02454 was distributed by fax, mail, or direct printing on December 19, 2005 to the parties listed.

---

Keith R. Thomas
FORD & HARRISON, LLP
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Louis P. Britt
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

David M. Sullivan
LAW OFFICES OF DAVID M. SULLIVAN
3251 Poplar Ave.
Ste. 130
Memphis, TN 38111

Delaine R. Smith
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Honorable Jon McCalla
US DISTRICT COURT