IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 DEC 22 PM 1:22

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| HERLANCER S. ROSS, | ) |
| Plaintiff, | ) |
| v. | ) No. 02-2454 Ml/An |
| CITY OF MEMPHIS, et al., | ) |
| Defendants. | ) |

## ORDER FOLLOWING SCHEDULING CONFERENCE AND SETTING HEARING

The Court held a brief telephonic scheduling conference in this cause on Wednesday, December 21, 2006. Representing Plaintiff was David Sullivan. Representing Defendant City of Memphis was Louis Britt. Appearing for Defendant Crews was Earle Schwarz, and appearing for Defendant Gray was Jean Markowitz.

Pursuant to the conference, the Court will allow limited discovery as to the issue of the City's attorney-client privilege and whether Defendant Crews received any legal advice in his individual capacity. The Court ordered all discovery regarding this matter to be completed no later than February 15, 2006. Plaintiff will be permitted to depose Defendant Crews and Mr. Spence. Any submissions from the parties will be due to the Court on February 15, 2006. The Court will hold a hearing to determine whether Defendant City holds an attorney-client privilege on March 17, 2006, at 9 a.m.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-22-05

349

So ORDERED this 21th day of December, 2005.

_____
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 349 in case 2:02-CV-02454 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

---

Louis P. Britt
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Keith R. Thomas
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

David M. Sullivan
LAW OFFICES OF DAVID M. SULLIVAN
3251 Poplar Ave.
Ste. 130
Memphis, TN 38111

Delaine R. Smith
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Jean E. Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

Honorable Jon McCalla
US DISTRICT COURT